## Plummer Estate.

Argued April 18, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

454

*Marshall G. Jones,* for appellant.

*T. A. Donahoe,* for appellee.

PER CURIAM, May 22, 1944:
The decree is affirmed on the opinion of the court below. Appellant to pay the costs.